UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

NANCY FEARON-HALES,

    Movant,

-v-

UNITED STATES OF AMERICA,

    Respondent.

------------------------------------------------------------x



No. 08 Civ. 6547 (LTS) (FM)

ORDER

LAURA TAYLOR SWAIN, District Judge:

    Upon reading the Motion of Movant for an order pursuant to 28 U.S.C. § 2255 vacating, setting aside and/or correcting the sentence previously imposed upon Movant by this Court (see 04 Cr. 231 (LTS)), and the Court having determined in accordance with Rule 4 of the Rules Governing Section 2255 Cases in the United States District Courts that Respondent should file an answer, it is hereby

    ORDERED, that the Clerk of the Court shall serve, by certified mail, copies of this Order and the underlying Motion submitted by Movant on the United States Attorney for the Southern District of New York; and it is further

    ORDERED, that Respondent shall serve and file an answer to the Petition, with a memorandum of law, on or before **October 10, 2008**. Movant shall serve and file a reply to the Government's opposition by **December 12, 2008**.

    Movant's application for counsel is DENIED without prejudice to a renewal application after the Government has submitted its opposition papers.

    **IT IS SO ORDERED.**

Dated:    New York, New York
           August 13, 2008

                                                          LAURA TAYLOR SWAIN
                                                          United States District Judge